CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco Ricardo OROZCO**<br>DOB: 1987; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-02191MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 1, 2023, in the District of Arizona, **Francisco Ricardo OROZCO** knowingly and fraudulently exported and sent from the United States, and intentionally attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:  (9) firearms, ten (10) magazines and two (2) drum magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On November 1, 2023, at approximately 10:25 p.m., a gray Chevy Silverado attempted to enter Mexico from the United States through the DeConcini Port of Entry in Nogales, Arizona.  **Francisco Ricardo OROZCO** was the driver and a registered owner of the Chevy Silverado.  He was accompanied by his wife and three children.  Customs and Border Protection (CBP) officers obtained a negative Customs declaration from **OROZCO** and then referred the vehicle to secondary.

At secondary, a CBP officer again obtained a negative Customs declaration.  The officer noticed that **OROZCO** began to appear nervous, and his voice was shaking.  The officer observed **OROZCO** looking around and avoiding eye contact with the officer.  A search of the vehicle was conducted and inside the back wall of the vehicle, officers found nine (9) firearms, ten (10) magazines and two (2) drum magazines.

After waiving his *Miranda* rights, **OROZCO** admitted to smuggling firearms.  **OROZCO** told agents that he was to be paid $250 per firearm and would be paid once the job was completed in Mexico.  **OROZCO** admitted that he knew he had nine (9) firearms.  **OROZCO** stated knew it was illegal to smuggle firearms from the United States into Mexico and that he did not have a license to export the firearms.  He told agents that he was transporting the firearms for a friend.

The firearms and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **OROZCO** does not possess a license to export firearms or munitions.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Digitally signed by SERRA TSETHLIKAI<br>Date: 2023.11.02 11:43:59 -07'00'<br>AUTHORIZED BY AUSA *Serra Tsethlikai* | SIGNATURE OF COMPLAINANT<br>TIMOTHY P WATSON  Digitally signed by TIMOTHY P WATSON<br>Date: 2023.11.02 11:37:26 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Tim Watson |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 2, 2023 |
|---|---|

[1]   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54