GARY M. RESTAINO
United States Attorney
District of Arizona
MONICA E. RYAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: monica.ryan@usdoj.gov
Attorneys for Plaintiff

FILED

2023 NOV 29 PM 3:38

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01967 TUC-RM(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Francisco Ricardo Orozco,

    Defendant.

I N D I C T M E N T

Violations:
18 U.S.C. §§ 554(a) and 2
(Attempted Smuggling of Goods from the United States and Aiding and Abetting)
Count 1

18 U.S.C. §§ 933(a)(2) and (b)
(Felony Receipt of a Firearm)
Count 2

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Possession of Firearm by a Convicted Felon)
Count 3

18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(C)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about November 1, 2023, in the District of Arizona, near Nogales, the defendant, FRANCISCO RICARDO OROZCO, did fraudulently, knowingly and intentionally attempt to export and send from the United States, any merchandise, article, or object contrary to any law or regulations of the United States, and received, concealed, bought and in any manner facilitated the transportation, and concealment of such merchandise, article or object, that is: one Panther Arms AR-15 rifle, one Pioneer Arms AK-47 rifle, one Zastava Arms AK-47 rifle, one Palmetto State Armory AK-47 rifle, two

Century Arms AK-47 rifles (Serial Numbers:SV7129019, SV7139332), one Century Arms AK-47 pistol, one Mini Draco AK-47 pistol, and one Pioneer Arms AK-47 pistol, nine 7.62 x 39 mm 30-round magazines, two 7.62 x 39 mm drum magazines, and one 5.56 mm 30-round magazine, knowing the same to be intended for exportation, contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, Title 15, Code of Federal Regulations, Parts 736.2. 738, and 774.

All in violation of Title 18, United States Code, Sections 554(a) and 2.



### COUNT 2

On or about November 1, 2023, in the District of Arizona, the defendant, FRANCISCO RICARDO OROZCO, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: one Panther Arms AR-15 rifle,

one Pioneer Arms AK-47 rifle, one Zastava Arms AK-47 rifle, one Palmetto State Armory AK-47 rifle, two Century Arms AK-47 rifles (Serial Numbers:SV7129019, SV7139332), one Century Arms AK-47 pistol, one Mini Draco AK-47 pistol, and one Pioneer Arms AK-47 pistol, knowing or having reasonable cause to believe that such receipt would constitute a felony.

All in violation of Title 18, United States Code, Section 933(a)(2) and (b).

### COUNT 3

On or about November 1, 2023, in the District of Arizona, near Nogales, the defendant, FRANCISCO RICARDO OROZCO, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess nine firearms, that is, one Panther Arms AR-15 rifle, one Pioneer Arms AK-47 rifle, one Zastava Arms AK-47 rifle, one Palmetto State Armory AK-47 rifle, two Century Arms AK-47 rifles (Serial Numbers:SV7129019, SV7139332), one Century Arms AK-47 pistol, one Mini Draco AK-47 pistol, and one Pioneer Arms AK-47 pistol, said firearms being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, the defendant, FRANCISCO RICARDO OROZCO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 50, United States Code, Section 4819(d)(1)(C), any firearms involved in the commission of the offense, and any property constituting an item that is exported or intended to be exported, including, but not limited to: one Panther Arms AR-15 rifle bearing serial number FFH278101, one Pioneer Arms AK-47 rifle bearing serial number PAC1188814, one Zastava Arms AK-47 rifle bearing serial number Z70-154888, one Palmetto State Armory AK-47 rifle bearing serial number AKB072281, two Century Arms AK-47 rifles bearing serial numbers SV7129019 and SV7139332, one Century Arms AK-47 pistol bearing serial

number SV7P012624, one Mini Draco AK-47 pistol bearing serial number PD-46662014, one Pioneer Arms AK-47 pistol bearing serial number PAC23PL11743, nine 7.62 x 39 mm 30-round magazines, two 7.62 x 39 mm drum magazines, and one 5.56 mm 30-round magazine.

Upon conviction of Counts Two through Three of the Indictment, the defendant, FRANCISCO RICARDO OROZCO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: one Panther Arms AR-15 rifle bearing serial number FFH278101, one Pioneer Arms AK-47 rifle bearing serial number PAC1188814, one Zastava Arms AK-47 rifle bearing serial number Z70-154888, one Palmetto State Armory AK-47 rifle bearing serial number AKB072281, two Century Arms AK-47 rifles bearing serial numbers SV7129019 and SV7139332, one Century Arms AK-47 pistol bearing serial number SV7P012624, one Mini Draco AK-47 pistol bearing serial number PD-46662014, and one Pioneer Arms AK-47 pistol bearing serial number PAC23PL11743.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(C), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: November 29, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
MONICA E. RYAN
Assistant U.S. Attorney